IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

FREDERICK L. BAKER             Case No.: 1:11-MC-052
Ohio Atty. Reg. No. 0029638     Chief Judge Susan J. Dlott
RESPONDENT

## O R D E R

**IT IS ORDERED** by this Court, *sua sponte*, that Respondent show cause on or before 20 days from the date of this order, why she should not be found in contempt of this Court for failure to fully comply with this Court's order of January 18, 2012: to wit, failure to surrender Certificate of Admission and file an affidavit of compliance on or before February 20, 2012.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall cause a copy of this Order to be published to this Court's official website. The Court notes that mail previously sent was returned and no current address is available for Respondent.

**IT IS SO ORDERED.**

                                                 Susan J. Dlott, Chief Judge
                                                 United States District Court
                                                 Southern District of Ohio