IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

FREDERICK L. BAKER
Ohio Atty. Reg. No. 0029638
RESPONDENT

Case No. : 1:11-MC-052
Chief Judge Susan J. Dlott

### O R D E R

**IT IS ORDERED** by this Court, sua sponte, that Respondent is found in contempt for failure to comply with this Court's order of January 18, 2012, to wit: failure to surrender Certificate of Admission and file affidavit of compliance on or before February 20, 2012.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall cause a copy of this Order to be published to this Court's official website. The Court notes that mail previously sent was returned and no current address is available for Respondent.

**IT IS SO ORDERED.**

Susan J. Dlott, Chief Judge
United States District Court
Southern District of Ohio